**Dismissed and Memorandum Opinion filed July 3, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00302-CV**
_____

**NASIR W. QUIRESHI D/B/A Q LEGAL SOLUTIONS, Appellant**

**V.**

**THE UNAUTHORIZED PRACTICE OF LAW COMMITTEE, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-21371**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 29, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 25, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. On April 10, 2012, appellee filed a motion to dismiss for want of jurisdiction in which it alleges appellant's notice of appeal was not timely filed. Because no clerk's record has been filed, we cannot determine whether this court has appellate jurisdiction. Even though the notice of appeal was filed more than 105 days after November 29, 2011, without a clerk's record, we cannot determine whether the trial court modified the November 29, 2011 judgment or vacated the judgment and replaced it with another appealable judgment. *See* Tex. R. Civ. P. 27.3. Nevertheless, because appellant failed to provide this court with proof of payment for the record, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and McCally.

2